**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1139**

_____

In re:  DOMINIC ASQUITH, a/k/a Dom,

      Petitioner.

_____

On Petition for Writ of Prohibition to the United States District Court for the Northern District of West Virginia, at Martinsburg. (3:20-cr-00038-GMG-RWT-7)

_____

Submitted:  April 20, 2023                              Decided:  April 25, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Dominic Asquith, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dominic Asquith petitions for a writ of prohibition, asking this court to order the district court to release him from his pretrial detention facility and to place him on home confinement. We conclude that Asquith is not entitled to the relief he seeks.

A writ of prohibition is a "drastic and extraordinary remedy which should be granted only when the petitioner has shown h[er] right to the writ to be clear and undisputable and that the actions of the court were a clear abuse of discretion." *In re Vargas*, 723 F.2d 1461, 1468 (10th Cir. 1983). A writ of prohibition may not be used as a substitute for appeal. *Id.*; *see United States v. Foster*, 296 F.2d 249, 251 (4th Cir. 1961). The relief sought by Asquith is not available by way of prohibition. Accordingly, we deny Asquith's petition and all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2